# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162501(17)

LINDA MCCORMICK,
  Plaintiff-Appellant,

v

JOYA GARLAND, SHEILA JAMES, LYNETTE
HARVEY, and JENNIFER PATRICK,
  Defendants-Appellees.

_____/

MSC: 162501
COA: 354219
Wayne CC: 19-012081-AV

   On order of the Chief Justice, the motion of plaintiff-appellant to waive fees is GRANTED. Fees are waived in this case only.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021

Clerk